# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2107 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 137 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 75857 |
| HOPE RENAE D'OYLEY | : | |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2015, on certification by the Disciplinary Board that Respondent, who was suspended on consent for a period of six months, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding disciplinary order of suspension or disbarment, Respondent is returned to administrative suspension. *See* Pa.R.D.E. 218(g)(2)(ii).